UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO LOPEZ,<br><br>          Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC., et al.,<br><br>          Defendants. | Case No.: 20-CV-1453-JLS-WVG<br><br>**ORDER DENYING JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER** |

   On May 24, 2021, the Parties filed a Joint Motion for Entry of Stipulated Protective Order and lodged a proposed order accordingly. (Doc. No. 20.) Having reviewed and considered the entirety of the Parties' submission, the Court DENIES the Parties' Joint Motion without prejudice. Glaringly, the Parties have again failed to comply with this Court's Civil Chambers Rules. Civil Chambers Rule V: Stipulated Protective Order Provisions for Filing Documents under Seal makes clear the parties must incorporate specific language in their joint motion for protective order and accompanying proposed order. No such language was included in the Parties' Joint Motion here. For this reason, the Court DENIES the Joint Motion.

   Counsel's persistent neglect of this Court's Civil Chambers Rules and failure to follow through with the Court's repeated verbal and written orders regarding compliance are nothing new. On at least three prior occasions, the Court has admonished counsel for

both parties for their non-compliance and emphasized they must fully review and adhere to all applicable rules throughout the course of this litigation. Each time, the Court spared counsel of sanctions in believing counsel's representations that they would do better. They have not. The Court's patience is razor thin and further non-compliance will not be tolerated. If there is any future violation of this Court's Civil Chambers Rules, this District's Civil Local Rules, or the Federal Rules of Civil Procedure, counsel shall expect to be met with sanctions consistent with Local Civil Rule 83.1 and the Court's inherent power to impose a finding of contempt and/or monetary sanctions. No other warnings shall be given.

**IT IS SO ORDERED.**

Dated: May 25, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge