UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO LOPEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SMITH DETECTION, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.:  20-CV-1453-JLS-WVG<br><br>**ORDER SETTING BRIEFING SCHEDULE AND TELEPHONIC DISCOVERY CONFERENCE** |

On August 12, 2021, counsel for the Parties jointly contacted this Court's Chambers regarding a discovery dispute over Defendant's responses to Plaintiff's Interrogatories Nos. 3 and 14. Justin Walker appeared for Plaintiff. Carmen Cole and Lilah Sutphen appeared for Defendant. Counsel averred the dispute arose within the last 30 days and that the Parties met and conferred over the issues, consistent with this Court's Civil Chambers Rules. Because the Parties remain at an impasse over at least one of the two interrogatories and responses, the Court ORDERS the Parties to lodge with Chambers the two interrogatories Plaintiff propounded and Defendant's corresponding objections and responses **no later than Friday, August 13, 2021**. Further, counsel shall telephonically appear for a discovery conference on this dispute on **Monday, August 16, 2021, at 9:00 a.m.** To that end, **no later than Friday, August 13, 2021**, counsel shall lodge their appearances and the telephone numbers at which they may be reached **directly** without fail

for purposes of the discovery conference. Chambers will initiate the discovery conference.

**IT IS SO ORDERED.**

Dated: August 12, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge