# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO LOPEZ,<br><br>         Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC., et al.,<br><br>         Defendants. | Case No.: 20-CV-1453-JLS-WVG<br><br>**ORDER RESETTING TELEPHONIC DISCOVERY CONFERENCE** |

On September 24, 2021, the Parties were to appear for a telephonic discovery conference at 1:00 p.m. pursuant to this Court's September 21, 2021 Order. (Doc. No. 32.) Due to a conflict in the Court's calendar, the Court RESETS the telephonic discovery conference to **Monday, September 27, 2021, at 3:00 p.m.**, consistent with counsel's availability as represented to Chambers earlier today. Chambers will initiate the telephonic discovery conference. If counsel wishes to amend their direct telephone numbers as already lodged for purposes of the conference, they shall do so **at or before 12:00 p.m. on Monday, September 27, 2021.**

  **IT IS SO ORDERED.**

Dated: September 24, 2021

                 _____
                 Hon. William V. Gallo
                 United States Magistrate Judge