UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO LOPEZ,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-CV-1453-JLS-WVG<br><br>**ORDER ON JOINT MOTION TO MODIFY SCHEDULING ORDER** |

On September 24, 2021, the Parties filed a Joint Motion to Modify Scheduling Order pursuant to this Court's September 21, 2021 Order ("Joint Motion"). (Doc. No. 32.) The Parties move the Court to continue the operative September 30, 2021 fact discovery cut-off such that Plaintiff's counsel may take the deposition of Shan Hood, a witness for Defendant who has become unavailable for deposition any time prior to September 30, 2021. (*Id.*) Having reviewed and considered the Parties' Joint Motion, the Court GRANTS the Joint Motion. The Court hereby CONTINUES the September 30, 2021 fact discovery cut-off to **October 8, 2021** for the limited purpose of allowing Plaintiff's counsel to take Mr. Hood's deposition. With the exception of Mr. Hood's deposition, no other fact

/ / /

/ / /

/ / /

1 | discovery may be conducted beyond the September 30, 2021 cut-off.

2 | **IT IS SO ORDERED.**

3 | Dated: September 24, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge