UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO LOPEZ,<br><br>  Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC., et al.,<br><br>  Defendants. | Case No.: 20-CV-1453-JLS-WVG<br><br>**ORDER FOLLOWING TELEPHONIC DISCOVERY CONFERENCE ON FIRST OF THREE DISCOVERY DISPUTES** |

On September 27, 2021, this Court convened a telephonic discovery conference pursuant to its September 24, 2021 Order. (Doc. No. 33.) Justin Walker appeared for Plaintiff. Carmen Cole and Lilah Sutphen appeared for Defendant. The Court heard argument from the Parties concerning three ongoing discovery disputes: whether (1) Defendant should produce to Plaintiff data indicating total gross margins of profit as memorialized in certain documents referred to as "program packs;" (2) Plaintiff's counsel may take the deposition of a Person Most Knowledgeable ("PMK") regarding the entry and removal of certain orders in Defendant's order entry system; and (3) Plaintiff's counsel may take the deposition of a PMK regarding Defendant's process of gathering and producing documents to Plaintiff throughout discovery. The Court issues this Order on the first dispute. A separate order will follow to address the second and third disputes.

As to whether Defendant should produce to Plaintiff indicating total gross margins

of profit contained within Defendant's program packs, the Court answers in the affirmative within the limitations discussed during today's discovery conference. Specifically, **no later than 7:00 p.m. on September 27, 2021**, Defendant shall produce via email to Plaintiff's counsel screenshots of the total gross margins of profit as contained in Defendant's program packs. In doing so, Defendant shall apply redactions to the remaining portions of the program packs to ensure no data other than the total gross margins of profit is disclosed to Plaintiff.

**IT IS SO ORDERED.**

Dated: September 27, 2021

Hon. William V. Gallo
United States Magistrate Judge