1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ALBERTO LOPEZ,

Plaintiff,

v.

SMITHS DETECTION, INC.; and DOES
1 through 50, inclusive,

Defendants.

Case No.: 20-CV-1453-JLS-WVG

**ORDER ON JOINT MOTION TO
MODIFY SCHEDULING ORDER
RE: MANDATORY SETTLEMENT
CONFERENCE**

On October 28, 2021, the Parties filed a Joint Motion to Modify Scheduling Order Re: Mandatory Settlement Conference ("Joint Motion"). (Doc. No. 38.) The Parties move the Court to continue the November 15, 2021 Mandatory Settlement Conference ("MSC") due to a trial Plaintiff's counsel must litigate in an unrelated matter. (*Id*.) The Court finds good cause supports the Parties' request for a continuance, particularly since Plaintiff's counsel has assured the Court that trial in his unrelated matter is certain to go forward as scheduled. Accordingly, the Court GRANTS the Parties' Joint Motion, VACATES the November 15, 2021 MSC, and CONTINUES the MSC to **Tuesday, December 14, 2021, at 10:00 a.m.**, consistent with the Parties' availability as stated in the Joint Motion. **No later than Tuesday, December 7, 2021**, counsel shall lodge the Parties' MSC briefs as well as the names, direct telephone numbers, and email addresses of all participants for

1

purposes of the December 14, 2021 MSC. The MSC will be convened via Zoom. Chambers will send the Zoom information to counsel prior to the MSC. Finally, absent extraordinary circumstances and a clear showing of good cause, no further continuances of the MSC will be granted.

**IT IS SO ORDERED.**

Dated: November 1, 2021

_____

Hon. William V. Gallo
United States Magistrate Judge