UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO LOPEZ,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>SMITHS DETECTION, INC.,<br>a Delaware corporation; and<br>DOES 1 through 50, inclusive,<br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-1453 JLS (WVG)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 44) |

Presently before the Court is Defendant Smiths Detection, Inc.'s Motion for Leave to File Counterclaim (ECF No. 44). The Court finds this matter appropriate for disposition on the papers without oral argument and accordingly **VACATES** the hearing scheduled for January 27, 2022, pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 21, 2022

　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge